IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Angela Parker o.b.o. C.A.P.,** | : | |
| **Plaintiff,** | : | Case No. 2:16-cv-06 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| **Commissioner of Social Security,** | : | Magistrate Judge Kemp |
| **Defendants.** | : | |

**OPINION & ORDER**

On December 27, 2016, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 25), recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant on its evaluation of the child's abilities in: (1) acquiring and using information; (2) attending and completing tasks; and (3) interacting and relating with others.  The Magistrate Judge further found that, notwithstanding Plaintiff's contention otherwise, the Administrative Law Judge ("ALJ") fully credited Plaintiff's and the child's testimony.  (*Id.* at 11.)  This Court agrees with the Magistrate Judge that, "[o]verall, the ALJ fairly discussed the record and reached conclusions which a reasonable person could have reached, and that is sufficient to preclude reversal.  (Doc. 25 at 10-11.)

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so.  No objection has been filed.  Since neither party has objected, and the deadline for such objections elapsed on January 10, 2017, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED**.

1

**IT IS SO ORDERED.**

                                           s/ Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**DATED:  January 13, 2017**